**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jonathan Jermaine GUILLORY, also known as J–Rock, Defendant–Appellant.**

No. 09–30098
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 25, 2010.

Camille Ann Domingue, Brett L. Grayson, Assistant U.S. Attorneys, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, Todd S. Clemons, Todd Clemons & Associates, Lake Charles, LA, for Plaintiff–Appellee.

George Frazier, New Orleans, LA, for Defendant–Appellant.

Jonathan Jermaine Guillory, Beaumont, TX, pro se.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jonathan Jermaine Guillory has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guillory has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.